**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02731-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

REED MCDONALD,

    Plaintiff,

v.

COLORADO'S 18TH JUDICIAL DISTRICT,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has filed *pro se* a Complaint Pursuant to 42 U.S.C.A. § 1983 (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the *in forma pauperis* motion is deficient.   Plaintiff declares under penalty of perjury in the *in forma pauperis* motion that the only income he receives each month is $185.00 in public assistance, that he has no assets, and that he has no regular expenses for the operation of a business.   However, Plaintiff alleges in his complaint that he operates three separate businesses, at least one of which allegedly has several large corporate clients.   If Plaintiff wishes to proceed *in forma pauperis* in this action, he must file an amended motion seeking leave to proceed *in forma pauperis* that clarifies his income, assets, expenses, and any other information relevant to his financial status and ability to pay the filing fee in this action.   Alternatively, Plaintiff may pay the

required filing fees.   Accordingly, it is

    ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order** if he wishes to proceed *in forma pauperis* in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

    FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, along with the applicable instructions, at www.cod.uscourts.gov.   It is

    FURTHER ORDERED that, if Plaintiff fails either to pay the required filing fees or to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

    DATED December 18, 2015, at Denver, Colorado.

    BY THE COURT:

    s/ Gordon P. Gallagher
    United States Magistrate Judge